FILED_____LODGED
_____RECEIVED

FEB 2 2 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____DEPUTY

1 MICHAEL H. CHURCH
2 MELODY D. FARANCE
  EDWARD H. TURNER
3 Stamper Rubens, P.S.
4 720 West Boone, Suite 200
5 Spokane, WA 99201
  Telephone: (509) 326-4800
6 Facsimile: (509) 326-4891
7 Attorneys for Plaintiff/Judgment Creditor

10-MC-05002-ORD

8

9            UNITED STATES DISTRICT COURT
10          WESTERN DISTRICT OF WASHINGTON

11 ADVOCARE INTERNATIONAL, L.P., a )
12 Texas limited partnership,            ) NO. 10 mc-5002 RBL
13                                       )
14          Plaintiff/Judgment Creditor, ) [PROPOSED]
15 vs.                                   ) ORDER FOR SUPPLEMENTAL
16                                       ) PROCEEDINGS
   RICHARD PAUL SCHECKENBACH, et )
17 al.,                                  )
18                                       )
19          Defendants/Judgment Debtors. )

20     Good cause appearing, now, therefore, it is hereby

21

22     ORDERED, that TAI BROWN appear at Schwabe Williamson & Wyatt, 1420 5th
23 Ave., Ste. 3010, Seattle, WA 98101, to be sworn in by the Court Reporter on the **9th day**
24 **of March 2010, at 10:00 a.m.,** to attend the deposition, before a member of the firm of
25 Naegeli Reporting, Court Reporters and Notaries Public, and if not completed that day,
26 the taking of the same will be continued thereafter from day to day and from time to time
27 until fully taken, regarding any property they may have or knowledge thereof. It is
28 further:

29

30     ORDERED, that KELLY BOTTOLFSON-BROWN appear at Schwabe
31 Williamson & Wyatt, 1420 5th Ave., Ste. 3010, Seattle, WA 98101, to be sworn in by the
   Court Reporter on the **8th day of March 2010, at 10:00 a.m.,** to attend the deposition,
   before a member of the firm of Naegeli Reporting, Court Reporters and Notaries Public,

ORDER FOR SUPPLEMENTAL PROCEEDINGS: 1

and if not completed that day, the taking of the same will be continued thereafter from day to day and from time to time until fully taken, regarding any property they may have or knowledge thereof, as set forth herein and attached as Exhibit A, and to bring a complete set of documents/records which support each area of inquiry set forth therein. It is further:

ORDERED, Tai Brown and Kelly Bottolfson-Brown shall be deposed separately and each shall be excluded from the deposition of the other. It is further

**ORDERED, Tai Brown and Kelly Bottolfson-Brown are required to produce to the office of counsel for Plaintiff/Judgment Creditor on or before March 1, 2010, the following records:**

1.    All tax returns for the past ten (10) years for Tai Brown and Kelly Bottolfson-Brown, HerbAsia Corporation, Ascential Bioscience, LLC, Ravensky, LLC East-West Botanicals, LLC, Ilcervello Properties, LLC, and R-Squared Nutrition, Inc. including all schedules and amendments.

2.    All financial statements prepared during the past ten (10) years for Tai Brown; Kelly Bottolfson-Brown, HerbAsia Corporation, Ascential Bioscience, LLC, Ravensky, LLC East-West Botanicals, LLC, Ilcervello Properties, LLC, and R-Squared Nutrition, Inc.

3.    All records and information for the past ten (10) years concerning and/or relating to all bank accounts, line(s) of credit, safe deposit boxes, loans and gifts (including bank statements) which Tai Brown and Kelly Bottolfson-Brown own, have access to and/or maintain an ownership interest in, including without limitation all accounts with First Tech Credit Union.

4.    All vehicle and boat registrations and/or certificates of title concerning vehicles and boats which Tai Brown and Kelly Bottolfson-Brown own, have or claim an interest.

5.    All documents concerning any real property owned by Tai Brown and Kelly Bottolfson-Brown or in which Tai Brown and Kelly Bottolfson-Brown maintain any interest.

ORDER FOR SUPPLEMENTAL PROCEEDINGS: 2

6.    All documents, records, agreements, correspondence, etc. in any way related to any business(es) owned or operated by Tai Brown and Kelly Bottolfson-Brown in which Tai Brown and Kelly Bottolfson-Brown maintain any interest including without limitation, HerbAsia Corporation, Ascential Bioscience, LLC, Ravensky, LLC East-West Botanicals, LLC, Ilcervello Properties, LLC, and R-Squared Nutrition, Inc..

7.    All business records and corporate documents concerning Richard Paul Scheckenbach; Carol Gillette; Tai Brown; Kelly Bottolfson-Brown; HerbAsia Corporation, Ascential Bioscience, LLC, Ravensky, LLC East-West Botanicals, LLC, Ilcervello Properties, LLC, and R-Squared Nutrition, Inc., including, but not limited to, the following:

        a.    Articles of Incorporation/Certificates of Formation;

        b.    Bylaws;

        c.    Operating Agreements;

        d.    Meeting Minutes for the past 10 years; and

        e.    All other documents and corporate records for past 10 years.

8.    All records and documents in any way related to any gift and/or loan to Tai Brown and/or Kelly Bottolfson-Brown directly or indirectly from Richard Paul Scheckenbach; Carol Gillette; Tai Brown; Kelly Bottolfson-Brown; HerbAsia Corporation, Ascential Bioscience, LLC, Ravensky, LLC East-West Botanicals, LLC, Ilcervello Properties, LLC, and R-Squared Nutrition, Inc.

**WARNING:**  **YOUR FAILURE TO APPEAR AS SET FORTH ABOVE CONSTITUTES CONTEMPT OF COURT AND WILL CAUSE THE COURT TO ISSUE A BENCH WARRANT FOR YOUR ARREST AND CONFINEMENT IN JAIL UNTIL SUCH TIME AS THE MATTER MAY BE HEARD OR UNTIL BAIL IS POSTED. IN THE EVENT Tai Brown and Kelly Bottolfson-Brown FAIL TO PROVIDE THE DOCUMENTS SET FORTH ABOVE, Tai Brown and Kelly Bottolfson-Brown SHALL BE RESPONSIBLE FOR THE ATTORNEY'S FEES AND COSTS INCURRED BY PLAINTIFF/JUDGMENT CREDITOR IN PREPARING FOR AND ATTENDING THE HEARING.**

ORDER FOR SUPPLEMENTAL PROCEEDINGS: 3

1
2      DONE IN OPEN COURT this _22ⁿᵈ_ day of _February_____ 2010.
3
4
5
6                                    HONORABLE _RONALD B. LEIGHTON_
7
8      Presented By:
9
10     STAMPER RUBENS, P.S.
11
12
13     By: _Melody D. Farance_____
14        MICHAEL H. CHURCH, WSBA #24957
15        MELODY D. FARANCE, WSBA #34044
        EDWARD H. TURNER, WSBA #33573
16     Attorneys for Plaintiff/Judgment Creditor
17     mchurch@stamperlaw.com
18     mfarance@stamperlaw.com
19     eturner@stamperlaw.com
20
21
22
23
24
25
26
27
28
29
30
31

ORDER FOR SUPPLEMENTAL PROCEEDINGS: 4

## SUPPLEMENTAL PROCEEDING QUESTIONNAIRE

Debtor: _____Kelly Brown_____

      aka:_____

DOB:_____     SS#:_____

DL#:_____

Debtor:

      aka:_____

DOB:_____     SS#:_____

DL#:_____

Have you entered into separate or community property agreements with your spouse?

      Date:_____

      County, if filed:_____

Have you or your spouse declared bankruptcy within the last 7 years:

      Court:_____

      Chapter:_____

      Date Filed:_____

      Resolution:_____

## REAL PROPERTY

Residence address:_____

_____

      Buying?     _____

            Mortgage:_____

            Deed of Trust:_____

            Land Sale Contract:_____

            Other encumbrances:_____

Liens:_____

Judgments:_____

Tax appraisal:_____

Other appraisals:_____

Amount owed:_____

Purchase price:_____

Rent from other residents in the house:_____

Other real property (including vacant lots):_____

_____

_____

Buying?        _____

Mortgage:_____

Deed of Trust:_____

Land Sale Contract:_____

Other encumbrances:_____

Liens:_____

Judgments:_____

Tax appraisal:_____

Other appraisals:_____

Amount owed:_____

Purchase price:_____

Rents received and from whom:_____

Declaration of Homestead

County:_____

Date:_____

Abandoned:_____

Are you selling property to anyone now?_____

EMPLOYMENT

Self-employed:

Name and address of business:_____

Tax ID#:_____

How paid:_____

When paid:_____

Amount:_____

Names and addresses of customers:_____

_____

_____

Employed:

Name and address of employer:_____

Salary or hourly amounts:_____

When paid:_____

Spouse

Self-employed:

Name and address of business:_____

Tax ID#:_____

How paid:_____

When paid:_____

Amount:_____

Names and addresses of customers:_____

_____

Employed:

Name and address of employer:_____

Salary or hourly amounts:_____

When paid:_____

BANK ACCOUNTS

### Personal

| | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |
| CD: | _____ | _____ | $_____ |

| | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |

### Corporate, Partnership, Joint Venture, or Massachusetts Trust

| | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |

SUPPLEMENTAL PROCEEDINGS QUESTIONNAIRE
Kelly Brown

|  | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |

BENEFICIARY OF TRUST

Type of trust: Spendthrift? _____

Name and address of trustee:_____

Payments per month:_____

Trust terminates:_____

VEHICLES

Automobiles, trucks, motorcycles, RVs, boats, airplanes

Make and model:_____ Make and model:_____

Year:_____ Year:_____

Condition:_____ Condition:_____

License plate:_____ License plate:_____

VIN:_____ VIN:_____

Amount owed:_____ Amount owed:_____

      To whom:_____       To whom:_____

Make and model:_____ Make and model:_____

Year:_____ Year:_____

Condition:_____ Condition:_____

License plate:_____ License plate:_____

VIN:_____ VIN:_____

Amount owed:_____ Amount owed:_____

To whom:_____          To whom:_____

Heavy machinery

     Make and model:_____          Make and model:_____

     Year:_____          Year:_____

     Condition:_____          Condition:_____

     License plate:_____          License plate:_____

     VIN:_____          VIN:_____

     Amount owed:_____          Amount owed:_____

          To whom:_____          To whom:_____

INTEREST IN BUSINESS

     Sole proprietorship:_____

     Partnership:_____

          General:_____

               Name and address of other partner(s):_____

          Limited:_____

               Name and address of general partner(s):_____

     Corporation:

          Closely held:_____          SubS:_____

          Value of Stock:_____          Percentage owned:_____

     Joint Venture:_____

     Massachusetts Trust:_____

Equipment:_____

_____

_____

Tools:_____

_____

_____

Inventory:_____

_____

_____

Jewelry:_____

Computer:_____

Collections

    Coins:_____

    Stamps:_____

    Antiques:_____

    Baseball cards:_____

    Football cards:_____

    Rare books:_____

    Artwork (other than prints):_____

    Dolls:_____

    Guns:_____

Livestock or other animals:_____

Accounts Receivable:

    IOUs:_____

    Promissory Notes:_____

    Lawsuits and/or judgments:_____

    Other claims:_____

Life Insurance:

    Term:_____

    Whole:_____

    Cash surrender value:_____

Do you have a safe deposit box?

    Contents:_____

    Location and number:_____

Retirement and pension plans:_____

What other income of any nature are you receiving?_____

To whom do you owe money?

| | |
|---|---|
| Judgment or claim:_____ | Judgment or claim:_____ |
| Creditor:_____ | Creditor:_____ |
| Amount:_____ | Amount:_____ |
| Secured:_____ | Secured:_____ |
| Judgment or claim:_____ | Judgment of claim:_____ |
| Creditor:_____ | Creditor:_____ |
| Amount:_____ | Amount:_____ |
| Secured:_____ | Secured:_____ |

Do you have any real or personal property held in another person's name?_____

Miscellaneous:

_____

_____

_____

_____

SIGNATURE:

Dated:_____

_____
**KELLY BROWN**

STATE OF WASHINGTON    )
                               ) ss.
County of_____)

I hereby certify that I know or have satisfactory evidence that _____ is the person who signed the foregoing instrument, and acknowledged it to be a free and voluntary act for the uses and purposes mentioned therein.

SUBSCRIBED AND SWORN TO before me on this _____ day of _____ 2009.

_____
_____
NOTARY PUBLIC in and for the State of
Washington, residing at: _____
My commission expires: _____

## SUPPLEMENTAL PROCEEDING QUESTIONNAIRE

Debtor:      Tai Brown _____

     aka:_____

DOB:_____      SS#:_____

DL#:_____

Debtor:

     aka:_____

DOB:_____      SS#:_____

DL#:_____

Have you entered into separate or community property agreements with your spouse?

     Date:_____

     County, if filed:_____

Have you or your spouse declared bankruptcy within the last 7 years:

     Court:_____

     Chapter:_____

     Date Filed:_____

     Resolution:_____

## REAL PROPERTY

Residence address:_____

_____

     Buying?      _____

       Mortgage:_____

       Deed of Trust:_____

       Land Sale Contract:_____

       Other encumbrances:_____

Liens:_____

Judgments:_____

Tax appraisal:_____

Other appraisals:_____

Amount owed:_____

Purchase price:_____

Rent from other residents in the house:_____

Other real property (including vacant lots):_____

_____

_____

Buying?          _____

Mortgage:_____

Deed of Trust:_____

Land Sale Contract:_____

Other encumbrances:_____

Liens:_____

Judgments:_____

Tax appraisal:_____

Other appraisals:_____

Amount owed:_____

Purchase price:_____

Rents received and from whom:_____

Declaration of Homestead

County:_____

Date:_____

Abandoned:_____

Are you selling property to anyone now?_____

## EMPLOYMENT

Self-employed:

Name and address of business:_____

Tax ID#:_____

How paid:_____

When paid:_____

Amount:_____

Names and addresses of customers:_____

_____

_____


Employed:

Name and address of employer:_____

Salary or hourly amounts:_____

When paid:_____

Spouse

Self-employed:

Name and address of business:_____

Tax ID#:_____

How paid:_____

When paid:_____

Amount:_____

Names and addresses of customers:_____

_____

Employed:

    Name and address of employer:_____

    Salary or hourly amounts:_____

    When paid:_____

## BANK ACCOUNTS

### Personal

| | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |
| CD: | _____ | _____ | $_____ |

| | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |

### Corporate, Partnership, Joint Venture, or Massachusetts Trust

| | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |

SUPPLEMENTAL PROCEEDINGS QUESTIONNAIRE
Tai Brown

|  | Institution and Branch | Account Number | Amount |
|---|---|---|---|
| Checking: | _____ | _____ | $_____ |
| Savings: | _____ | _____ | $_____ |
| IRA: | _____ | _____ | $_____ |
| Keogh: | _____ | _____ | $_____ |

BENEFICIARY OF TRUST

Type of trust:            Spendthrift? _____

Name and address of trustee:_____

Payments per month:_____

Trust terminates:_____

VEHICLES

Automobiles, trucks, motorcycles, RVs, boats, airplanes

Make and model:_____      Make and model:_____

Year:_____      Year:_____

Condition:_____      Condition:_____

License plate:_____      License plate:_____

VIN:_____      VIN:_____

Amount owed:_____      Amount owed:_____

       To whom:_____          To whom:_____

Make and model:_____      Make and model:_____

Year:_____      Year:_____

Condition:_____      Condition:_____

License plate:_____      License plate:_____

VIN:_____      VIN:_____

Amount owed:_____      Amount owed:_____

To whom:_____          To whom:_____

Heavy machinery

    Make and model:_____          Make and model:_____

    Year:_____          Year:_____

    Condition:_____          Condition:_____

    License plate:_____          License plate:_____

    VIN:_____          VIN:_____

    Amount owed:_____          Amount owed:_____

       To whom:_____          To whom:_____

INTEREST IN BUSINESS

    Sole proprietorship:_____

    Partnership:_____

       General:_____

          Name and address of other partner(s):_____

       Limited:_____

          Name and address of general partner(s):_____

    Corporation:

       Closely held:_____          SubS:_____

       Value of Stock:_____          Percentage owned:_____

    Joint Venture:_____

    Massachusetts Trust:_____

Equipment:_____

_____

_____

Tools:_____

_____

_____

Inventory:_____

_____

_____

Jewelry:_____

Computer:_____

Collections

     Coins:_____

     Stamps:_____

     Antiques:_____

     Baseball cards:_____

     Football cards:_____

     Rare books:_____

     Artwork (other than prints):_____

     Dolls:_____

     Guns:_____

Livestock or other animals:_____

Accounts Receivable:

     IOUs:_____

     Promissory Notes:_____

     Lawsuits and/or judgments:_____

     Other claims:_____

Life Insurance:

 Term:_____

 Whole:_____

 Cash surrender value:_____

Do you have a safe deposit box?

 Contents:_____

 Location and number:_____

Retirement and pension plans:_____

What other income of any nature are you receiving?_____

To whom do you owe money?

 Judgment or claim:_____  Judgment or claim:_____

 Creditor:_____  Creditor:_____

 Amount:_____  Amount:_____

 Secured:_____  Secured:_____

 Judgment or claim:_____  Judgment of claim:_____

 Creditor:_____  Creditor:_____

 Amount:_____  Amount:_____

 Secured:_____  Secured:_____

Do you have any real or personal property held in another person's name?_____

Miscellaneous:

_____

_____

_____

_____

SIGNATURE:

Dated:_____                    _____
                                          TAI BROWN


STATE OF WASHINGTON          )
                             ) ss.
County of _____)

    I hereby certify that I know or have satisfactory evidence that _____ is the person who signed the foregoing instrument, and acknowledged it to be a free and voluntary act for the uses and purposes mentioned therein.

SUBSCRIBED AND SWORN TO before me on this _____ day of _____ 2009.


                              _____

                              _____
                              NOTARY PUBLIC in and for the State of
                              Washington, residing at: _____
                              My commission expires: _____