HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADVOCARE INTERNATIONAL, L.P., a Texas limited partnership<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD PAUL SCHECKENBACH, et al.,<br><br>　　　　　　　　Defendants. | Case No. 10MC-5002 RBL<br><br>ORDER DENYING MOTION FOR PROTECTIVE ORDER<br>[Dkt. #4] |

THIS MATTER is before the Court on the Defendant Browns' Motion for a Protective Order [Dkt. #4]. The Browns argue, as did Gillette in Cause No. 10MC-5001 [Dkt. #10], that it is not appropriate for the Plaintiff to subject them to supplemental proceedings in an effort to collect on its judgment against Scheckenbach, where they are not yet judgment debtors.

Plaintiff argues that RCW 6.32.030 specifically allows them to explore whether and to what extent the assets of the debtor may be in the possession of a third party, even without exhausting all possible collection remedies against the debtor. It is apparent that the debt of over $11 million remains unpaid, that the Plaintiff is diligently seeking to collect it from debtor Scheckenbach, and it is apparent that there is some connection between Scheckenbach and his related entities. The Court agrees.    In the alternative, the Browns also seek to limit the scope of the inquiry, arguing that their tax returns, banking records, financial statements, vehicle registrations, and real property transactions for the past ten years should be off limits on this record and at this time.

ORDER
Page - 1

Such a limitation is not warranted on this record. The court will order that the Browns need not produce any records already produced in connection with the Texas litigation or otherwise.

With this limited exception, the Motion for a Protective Order is DENIED. The parties' respective request for fees and costs as sanctions is DENIED.

**IT IS SO ORDERED.**

Dated this 29th October, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE